# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **ARLYN ROQUE, et al.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 7:26-cv-00135** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **et al.,** | § | |
| *Defendants.* | § | |

## DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR A CONTINUANCE OF THE STATUS CONFERENCE

The United States, files this unopposed motion for a continuance of the parties' status conference pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure.

This case was transferred from Houston to McAllen, Texas. Dkt. 116. After the transfer, the case was set for a status conference on March 20, 2026, at 10:00am. Undersigned counsel is unavailable at that time. As such, Defendant respectfully requests that the Court continue the initial conference to March 20, 2026, after 12:00pm or to Monday, March 23, 2026. It would not affect any other deadlines in this case.

Undersigned counsel conferred with all parties in this case, and they are unopposed to this motion, and available on Friday afternoon and all-day Monday. Defendant is filing this motion only so that justice may be served, not for purposes of delay.

Respectfully Submitted,

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By: /s/ _Ariel N. Wiley_
   Ariel N. Wiley
   Assistant United States Attorney
   Texas Bar No. 24093366
   Federal ID No. 2554283
   1000 Louisiana, Suite 2300
   Houston, Texas 77002
   Telephone: (713) 567-9000
   Facsimile: (713) 718-3303
   Email: ariel.wiley@usdoj.gov

ATTORNEY FOR DEFENDANT
UNITED STATES

## CERTIFICATE OF CONFERENCE

I certify that on March 17, 2026, undersigned counsel contacted all counsel of record regarding this motion. All counsel is unopposed to this motion and agrees to the proposed dates.

/s/ _Ariel N. Wiley_
Ariel N. Wiley
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on March 17, 2026, the foregoing pleading was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ _Ariel N. Wiley_
Ariel N. Wiley
Assistant United States Attorney